**Bernard WILSON, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 26074.**

United States Court of Appeals
Fifth Circuit.

March 17, 1969.

Certiorari Denied May 26, 1969.
See 89 S.Ct. 1772.

Carl E. Maye, McKee & Maye, Robert H. Brown, Brown & McMillan, Opelika, Ala., Knox M. McMillan, Auburn, Ala., for appellant.

Ben Hardeman, U. S. Atty., Jack Patterson, Asst. U. S. Atty., Montgomery, Ala., for appellee.

## ON MOTION OF APPELLEE
## FOR SUMMARY AFFIRMANCE

Before RIVES, BELL and DYER, Circuit Judges.

PER CURIAM:

The sole issue presented on this appeal is whether the appellant's assertion of his Fifth Amendment privilege against self-incrimination is a defense to a charge of possession of an unregistered distillery under 26 U.S.C. 5601(a) (1). That question has heretofore been answered by this Circuit in the negative.[1]

The motion is therefore granted[2] and the judgment of conviction is affirmed.

---

1. See Thornburg v. United States, 406 F.2d 1060 [Feb. 4, 1969] (distillery); Hall v. United States, 407 F.2d 1320 [Jan. 30, 1969] (non-tax-paid whiskey); Grant v. United States, 407 F.2d 56 [Jan. 30, 1969] (wholesaling without license of non-tax-paid whiskey); Shoffeit v. United States, 5 Cir. 1968, 403 F.2d 991, cert. denied 393 U.S. 1084, 89 S.Ct. 868, 21 L.Ed.2d 777 Feb. 24, 1969 (No. 868)

(whiskey containers); Anderson & Southern v. United States, 5 Cir. 1968, 403 F.2d 206 (distillery, non-tax-paid whiskey, etc.); Brown v. United States, 5 Cir. 1968, 401 F.2d 769 (containers).

2. See Fifth Circuit new Rule 19 adopted on December 6, 1968; compare Groendyke Transport, Inc. v. Davis, 5 Cir. 1969, 406 F.2d 1158 [Jan. 2, 1969].